# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES and LAURIE BIBLER**                                                                       **PLAINTIFFS**

**v.**                                **4:07CV00539-WRW**

**A.O. SMITH CORP. and**
**EMERSON ELECTRIC CO.**                                                    **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Motion for Admission *Pro Hac Vice* (Doc. No. 3), in which Plaintiffs request that Mr. Richard Gerber be permitted to appear *pro hac vice*. The Motion asserts that Mr. Stewart Miller, a member in good standing of the Arkansas Bar, and of the Eastern District, will act as local counsel.

The Motion has been reviewed and the movant has complied with Local Rule 83.5, which governs special admissions. Plaintiff's Motion is GRANTED, and Mr. Gerber will be permitted to appear and to participate in these proceedings as co-counsel for Plaintiffs.

IT IS SO ORDERED this 5th day of June, 2007.


                                                            /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE